**Electronically Filed
Supreme Court
SCPW-22-0000331
06-JUL-2022
03:39 PM
Dkt. 15 ODDP**

SCPW-22-0000331

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

TIMOTHY ADARNA, Petitioner,

vs.

FIRST CIRCUIT COURT, STATE OF HAWAI'I, Respondent.

_____

ORIGINAL PROCEEDING

ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Cahill, in place of Eddins, J., recused)

Upon consideration of petitioner Timothy Adarna's petition for writ of mandamus, filed on May 16, 2022, the first circuit court's answer, filed on June 26, 2022, and the record, petitioner's Rule 40 petition was filed in the first circuit court on June 26, 2022, in 1CPN-22-0000008. Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is dismissed as moot.

DATED: Honolulu, Hawai'i, July 6, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Peter T. Cahill

